UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEW FOREST STRATEGIES LLC | § | Case No. 13-15405 TWD |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 387,790.86                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00                 Claims Discharged
                                                        Without Payment: NA

Total Expenses of Administration: 65,986.67

---

3) Total gross receipts of $ 65,986.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 65,986.67 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,785.69 | 67,785.69 | 65,986.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 950.00 | 851.69 | 851.69 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,021,273.96 | 2,956,096.03 | 2,929,207.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,022,223.96 | $ 3,024,733.41 | $ 2,997,845.08 | $ 65,986.67 |

4) This case was originally filed under chapter 7 on 06/10/2013 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017     By:/s/Ronald G. Brown - Chapter 7 Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Check held at debtor's accountant office | 1121-000 | 5,534.17 |
| Inventory of Hailco and Flying Turtle Concrete | 1129-000 | 60,452.50 |
| **TOTAL GROSS RECEIPTS** | | **$65,986.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD G. BROWN, TRUSTEE | 2100-000 | NA | 6,549.33 | 6,549.33 | 5,959.38 |
| RONALD G. BROWN, TRUSTEE | 2200-000 | NA | 157.48 | 157.48 | 143.29 |
| HAILCO LLC | 2410-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| UNION BANK | 2600-000 | NA | 166.02 | 166.02 | 166.02 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| JAMES RIGBY | 3210-000 | NA | 10,178.50 | 10,178.50 | 9,261.64 |
| JAMES RIGBY | 3220-000 | NA | 9.10 | 9.10 | 8.28 |
| BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 3,040.00 | 3,040.00 | 2,766.16 |
| BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 37.34 | 37.34 | 33.98 |
| JAMES G. MURPHY CO. | 3610-000 | NA | 3,022.63 | 3,022.63 | 3,022.63 |
| JAMES G. MURPHY CO. | 3620-000 | NA | 39,832.29 | 39,832.29 | 39,832.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,785.69 | $ 67,785.69 | $ 65,986.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Oregon Department of Revenue PO Box 14260 Salem, OR 97309-5060 |  | 150.00 | NA | NA | 0.00 |
| 6 | FRANCHISE TAX BOARD | 5800-000 | 800.00 | 851.69 | 851.69 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 950.00 | $ 851.69 | $ 851.69 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ALG Labels & Graphics Dept 933 P.O. Box 1070 Charlotte, NC 28201-1070 |  | 170.11 | NA | NA | 0.00 |
|  | Blasen & Blasen P.O. Box 17130 Portland, OR 97217 |  | 3,350.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Buckeye Pacific, LLC P.O. Box 168 Portland, OR 03723-9001 | | 56,959.67 | NA | NA | 0.00 |
| | C.I. Gale Inc. Dba Riverbrook Trucking P.O. Box 9186 Brooks, OR 97305 | | 2,275.00 | NA | NA | 0.00 |
| | Carl Diebold Lumber Company 725 Dunbar Avenue Troutdale, OR 97060-0058 | | 10,852.80 | NA | NA | 0.00 |
| | Che Huang 21 F.-2, No.367 Shizheng N. 1st Rd. Xitun Dist.,Taichungy City 407 TAIWAN | | 50,020.00 | NA | NA | 0.00 |
| | Conrad Forest Products 68765 Wildwood Road North Bend, OR 97459 | | 88,312.39 | NA | NA | 0.00 |
| | Cowlitz Clean Sweep 1081 Columbia Blvd Longview, WA 98632 | | 25,909.26 | NA | NA | 0.00 |
| | Direct Bill Services P.O. Box 7247-0327 Philadelphia, PA 19170 | | 2,663.00 | NA | NA | 0.00 |
| | Gary Alldrin 515 Lyell Drive #103 Modesto, CA 95356 | | 150,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harness, Dickey & Pierce, PLC 5445 Corporate Drive, Ste 200 Troy, MI 48098-2683 | | 8,251.97 | NA | NA | 0.00 |
| | Northwest Coating Systems, Inc P.O. Box 906 Woodburn, OR 97071 | | 1,226.77 | NA | NA | 0.00 |
| | Oregon-Canadian Forest Products P.O. Box 279 North Plains, OR 97133 | | 10,467.57 | NA | NA | 0.00 |
| | PSC P.O. Box 3069 Houston, TX 77253-3069 | | 58,225.47 | NA | NA | 0.00 |
| | Precision Drying Services P.O. Box 1587 McMinnville, OR 97128 | | 12,811.06 | NA | NA | 0.00 |
| | Stoel Rives, LLP One Union Square 600 University Street Ste 3600 Seattle, WA 98101-3197 | | 69.00 | NA | NA | 0.00 |
| 8 | FSH VENTURE CAPITAL LLC | 7100-000 | 2,113,906.18 | 2,620,648.94 | 2,620,648.94 | 0.00 |
| 7 | HAILCO LLC | 7100-000 | 34,500.00 | 37,500.00 | 37,500.00 | 0.00 |
| 5 | HAMILTON & COMPANY, LLP | 7100-000 | 23,415.00 | 23,204.84 | 23,204.84 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | KEYSTONE ANILINE CORP | 7100-000 | 64,850.26 | 64,850.26 | 64,850.26 | 0.00 |
| 9 | LUMBERLINK LIMITED | 7100-000 | 154,072.96 | 52,188.33 | 25,300.00 | 0.00 |
| 4 | PERFORMANCE CONTRACTING INC | 7100-000 | 14,450.00 | 18,966.02 | 18,966.02 | 0.00 |
| 3 | SCIENTIFIC CERTIFICATION SYSTEMS IN | 7100-000 | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 1 | UNDERWRITERS LABORATORIES INC | 7100-000 | 17,702.00 | 18,145.00 | 18,145.00 | 0.00 |
| 10 | GEORGIA PACIFIC CHEMICALS | 7200-000 | 90,891.64 | 90,891.64 | 90,891.64 | 0.00 |
| 11 | UNIVERSITY OF IDAHO | 7200-000 | 24,021.00 | 27,801.00 | 27,801.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,021,273.96 | $ 2,956,096.03 | $ 2,929,207.70 | $ 0.00 |

| Case No: | 13-15405 TWD | Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | NEW FOREST STRATEGIES LLC | | Date Filed (f) or Converted (c): | 06/10/13 (f) |
| | | | 341(a) Meeting Date: | 07/11/13 |
| For Period Ending: | 03/14/17 | | Claims Bar Date: | 10/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of the West checking account<br>    Minimal or no monetary asset value | 0.00 | 0.00 | | 0.00 | FA |
| 2. Check held at debtor's accountant office | 5,534.17 | 5,534.17 | | 5,534.17 | FA |
| 3. 45% membership interest in Dreamdex LLC<br>    Minimal or no marketable value | 0.00 | 0.00 | | 0.00 | FA |
| 4. Accounts receivable<br>    Uncollectible or subject to offsets | 230,466.11 | 230,466.11 | | 0.00 | FA |
| 5. Intellectual Property<br>    Asset investigated; not marketable | Unknown | 0.00 | | 0.00 | FA |
| 6. Machinery, fixtures, equipment and supplies<br>    Abandoned per 10/22/13 court order | 157,324.75 | 157,324.75 | OA | 0.00 | FA |
| 7. Inventory of Hailco and Flying Turtle Concrete<br>    Sold per 9/4/13 court order | 1,980,553.68 | 1,980,553.68 | | 60,452.50 | FA |
| TOTALS (Excluding Unknown Values) | $2,373,878.71 | $2,373,878.71 | | $65,986.67 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 13-15405    TWD    Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | NEW FOREST STRATEGIES LLC | Date Filed (f) or Converted (c): | 06/10/13 (f) |
| | | 341(a) Meeting Date: | 07/11/13 |
| | | Claims Bar Date: | 10/11/13 |

Initial Projected Date of Final Report (TFR): 07/01/15          Current Projected Date of Final Report (TFR): 12/01/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15405 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | NEW FOREST STRATEGIES LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0296 | | |
| For Period Ending: | 03/14/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/13 | 2 | SIMILE CONSTRUCTION SERVICE INC. | Receivable | 1121-000 | 5,534.17 | | 5,534.17 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,519.17 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,504.17 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,489.17 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,474.17 |
| 12/10/13 | | JAMES G. MURPHY CO.<br>P.O. BOX 82160<br>KENMORE, WA 98028-0160 | Sale Proceeds | | 17,597.58 | | 23,071.75 |
| | 7 | JAMES G. MURPHY CO. | Memo Amount: 60,452.50<br>Sale Proceeds | 1129-000 | | | |
| | | JAMES G. MURPHY CO. | Memo Amount: ( 3,022.63 )<br>Auctioneer Fees | 3610-000 | | | |
| | | JAMES G. MURPHY CO. | Memo Amount: ( 39,263.53 )<br>Auctioneer Expenses - 1 | 3620-000 | | | |
| | | JAMES G. MURPHY CO. | Memo Amount: ( 568.76 )<br>Auctioneer Expenses - 2 | 3620-000 | | | |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 23,056.75 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.85 | 23,030.90 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.26 | 22,996.64 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 22,965.73 |
| 05/17/14 | 010001 | HAILCO LLC<br>c/o Timothy E. Brophy<br>Brophy Law PC<br>P.O. Box 1027<br>Medford, OR 97501 | Administrative Rent Claim | 2410-000 | | 4,500.00 | 18,465.73 |
| 01/26/17 | 010002 | CLERK, U.S. BANKRUPTCY COURT<br>U.S. Courthouse<br>700 Stewart Street, Room 6301 | Court Costs | 2700-000 | | 293.00 | 18,172.73 |

| | | Page Subtotals | 23,131.75 | 4,959.02 |
| --- | --- | --- | --- | --- |

Ver: 19.07

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-15405 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | NEW FOREST STRATEGIES LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0296 | | |
| For Period Ending: | 03/14/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/26/17 | 010003 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Trustee Fees | 2100-000 | | 5,959.38 | 12,213.35 |
| 01/26/17 | 010004 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Trustee Expenses | 2200-000 | | 143.29 | 12,070.06 |
| 01/26/17 | 010005 | THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Attorney Fees | 3210-000 | | 9,261.64 | 2,808.42 |
| 01/26/17 | 010006 | THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Attorney Expenses | 3220-000 | | 8.28 | 2,800.14 |
| 01/26/17 | 010007 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Fees | 3410-000 | | 2,766.16 | 33.98 |
| 01/26/17 | 010008 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 33.98 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 60,452.50 | COLUMN TOTALS | 23,131.75 | 23,131.75 | 0.00 |
| Memo Allocation Disbursements: | 42,854.92 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 23,131.75 | 23,131.75 | |
| Memo Allocation Net: | 17,597.58 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 23,131.75 | 23,131.75 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 60,452.50 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 42,854.92 | Checking Account (Non-Interest Earn - ********2542) | 23,131.75 | 23,131.75 | 0.00 |
| Total Memo Allocation Net: | 17,597.58 | | 23,131.75 | 23,131.75 | 0.00 |

Page Subtotals         0.00        18,172.73

Ver: 19.07

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-15405 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | NEW FOREST STRATEGIES LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0296 | | |
| For Period Ending: | 03/14/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)